1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

MARY TOMPKINS, on behalf
10  of herself and all others
similarly situated,

11

                                      NO. CIV. S-08-244 LKK/DAD
12          Plaintiffs,

13      v.
                                             O R D E R
14  BASIC RESEARCH LL, DYNAKOR
PHARMACAL, LLC, WESTERN
15  HOLDINGS, LLC, DENNIS GAY,
DANIEL B. MOWREY, Ph.D,
16  MITCHELL K. FREIDLANDER,
and DOES 1 through 50,

17

            Defendants.
18  _____/

19      Plaintiff has filed a motion to remand noticed for March 24,

20  2008.  In light of this motion, the hearings on the motion to

21  dismiss or transfer (Dock. No. 7) and motion to dismiss (Dock. No.

22  12) are also CONTINUED from March 10, 2008 to March 24, 2008 at

23  10:00 a.m.  The briefing schedule for the motion to dismiss or

24  transfer and motion to dismiss, however, will remain the same, such

25  that defendants' reply briefs will be due on March 3, 2008.  The

26  status conference currently set for April 14, 2008 at 10:30 a.m.

                                    1

1  is RESET for March 24, 2008 at 10:00 a.m.

2      IT IS SO ORDERED.

3      DATED:  February 26, 2008.

4

5

6                         LAWRENCE K. KARLTON
                          SENIOR JUDGE
7                         UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2